IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEONARD EUGENE DORSEY, )
)
Plaintiff, )
)
v. )      CASE NO. 2:20-CV-433-WKW
)      [WO]
ELC. SHERIFF BLAKE TURMAN )
and DISTRICT COURT JUDGE )
JULIE MOODY, )
)
Defendants. )

## ORDER

On July 15, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 5.)  Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is DENIED, and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 5th day of August, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE